## Bel-Clark Building Corporation, Appellee, v. William Glauner, Appellant.

Gen. No. 43,974.

opinion filed April 21, 1947; released for publication May 5, 1947. Irwin N. Nason, for appellant; Ringer, Reinwald & Sostrin, for appellee; Morris Sostrin and M. Lester Reinwald, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.